UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 05-M50 |
| Plaintiff, | \* | |
| vs. | \* | FINDING OF PROBABLE CAUSE |
| EDUARDO LOPEZ GARFIAS, a/k/a Eduardo Lopez-Garcia, a/k/a Benito Orozco-Ortega, a/k/a Benito Orosco, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Monday, September 19, 2005. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Tim Langley. The United States appeared by Assistant United States Attorney, John Ulrich.

Based upon the testimony of Ken Baird, Special Agent with Immigration and Customs Enforcement, the court finds probable cause to believe that the defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 19th day of September, 2005.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By _Shelly Margulies_____, Deputy

(SEAL)